NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMY L. WILSON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3092

---

Petition for review of the Merit Systems Protection Board in case no. DA0752110276-I-1.

---

**ON MOTION**

---

**O R D E R**

The Department of the Treasury moves to recaption to name the Merit Systems Protection Board as respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. Here, the Board dismissed Wilson's appeal for lack of jurisdiction.

 Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

**APR 1 1 2012**
_____                         /s/ Jan Horbaly
        Date                            Jan Horbaly
                                        Clerk

cc:  Amy L. Wilson
     Carrie A. Dunsmore, Esq.
     Lindsey Schreckengost, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 1 2012

JAN HORBALY
CLERK